UNITED STATES of America, Plaintiff–Appellee,

v.

Jennifer R. EVANS, Defendant–Appellant.

No. 07–14296
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 29, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

David F. Pleasanton, David F. Pleasanton, P.A., West Palm Beach, FL, for Defendant–Appellant.

Before ANDERSON, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

David F. Pleasanton, appointed counsel for Jennifer Evans in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief in support of the motion, pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire rec-

ord reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Evans's conviction and sentence are **AFFIRMED.**